AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States District Court
Southern District of Texas
FILED
DEC - 5 2014
David J. Bradley, Clerk

United States of America
v.

1. Jose Roberto GUERRERO-Sanchez 1969, MC

Defendant(s)

Case No. M-14-2288-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/5/2014__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Conspiracy to Possess with Intent to Distribute Marijuana, approx. 148 kilograms, a Schedule I Controlled Substance. |
| 21 USC 846 | Possession with Intent to Distribute Marijuana, approx. 148 kilograms, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

**See Attachment I**

☑ Continued on the attached sheet.

_Complainant's signature_

Norris Macon, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12/8/2014 2:08 pm

_Judge's signature_

City and state: McAllen, Texas

Peter Ormsby, US Magistrate Judge
_Printed name and title_

ATTACHMENT I

On December 5, 2014, United States Border Patrol (USBP) Rio Grande City Patrol Agent (PA) Alex Sanchez was conducting line watch operations just south of Lopez Avenue, La Rosita, Texas. This is a well- known narcotics smuggling area and numerous seizures have occurred here. While walking a trail, PA Sanchez heard voices nearby and the sound of branches breaking. SA Sanchez concealed himself in the brush and waited for the suspected undocumented aliens to arrive near his location.

Shortly thereafter, PA Sanchez observed a white four door sedan, later identified as a 2004 Mazda M6l, parking at the south end of Lopez Avenue. A short time later, several subjects came out of the brush carrying what appeared to be bundles of marijuana and running towards the Mazda. PA Sanchez appeared from the brush and announced himself as law enforcement then the subjects dropped the bundles and attempted to flee the area.

PA Sanchez observed one subject, later identified as Jose GUERRERO-Sanchez, carrying a bundle of marijuana then dropping it. GUERRERO-Sanchez attempted to enter the passenger side of the Mazda when he was apprehended approximately ten feet from the bundle that he was observed carrying earlier by PA Sanchez. The driver of the Mazda fled from the vehicle and was apprehended.

USBP agents conducted a search of the area and seized a total of seven large bundles wrapped in brown masking tape and bailing twine in the immediate area of the incident. No other subjects were located and apprehended during the incident. USBP agents transported GUERRERO-Sanchez and the bundles of marijuana to the USBP Rio Grande City Station, Texas for processing. The marijuana had a total weight of 148 kilograms and tested positive for the presence of THC.

On this same date, DEA SAs Norris Macon and Joshua Garza arrived at the USBP Rio Grande City Station, Texas, for the purpose of interviewing GUERRERO-Sanchez regarding the marijuana seizure. After Advisement of rights in the Spanish language by SA Garza, GUERRERO-Sanchez stated that he did not wish to make a statement. Shortly thereafter, the interview was terminated. SAs Macon and Garza transported GUERRERO-Sanchez to the Hidalgo County Detention Center, Texas for housing pending an Initial hearing. Also, SAs Macon and Garza took custody of the bundles of marijuana and transported them to the DEA McAllen DO for safekeeping and processing.